IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTA ZUNIGA, | § | |
| *Plaintiff,* | § § § | |
| vs. | § | SA-20-CV-01417-ESC |
| TRI-NATIONAL, INC., HARRY VEITCH, | § § § § | |
| *Defendants.* | § | |

## ORDER CANCELLING HEARING

Before the Court in the above-styled cause of action is Defendant's Motion to Quash and Motion for Protective Order [#55]. The Court set the motion for a hearing on March 14, 2022 [#57]. On March 14, 2022, the parties filed a Joint Advisory [#61]. In their advisory the parties indicate that they have reached an agreement regarding the challenged subpoenas and jointly request to cancel the hearing. In light of the parties' resolution of the outstanding issues,

**IT IS HEREBY ORDERED** that is Defendant's Motion to Quash and Motion for Protective Order [#55] is **DISMISSED AS MOOT**.

**IT IS FINALLY ORDERED** that the hearing set for 1:30 p.m. on March 14, 2022, is **CANCELLED**.

SIGNED this 14th day of March, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1